THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.

 James Clifford Cunningham, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

 Unpublished Opinion No.  2011-UP-444
Submitted October 1, 2011  Filed October
 11, 2011 

APPEAL DISMISSED

 
 
 
Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  James
 Clifford Cunningham appeals his probation revocation, arguing the circuit court
 erred in revoking probation because the incident for which he was placed on
 probation occurred nearly ten years prior.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL DISMISSED.  
 HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.